■ DAVID DRISCOLL, Respondent, v PAUL CASEY, Appellant. (Appeal No. 2.) [749 NYS2d 754] —Appeal from that part of an order of Supreme Court, Erie County (Howe, J.), entered November 16, 2001, that denied defendant's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.